# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR RODRIGUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CITY OF FRESNO, et al.,<br><br>            Defendants. | **15-cv-241 GSA**<br><br>**ORDER DISMISSING CASE**<br><br>**(Doc. 9)** |

Pursuant to the Notice of Voluntary Dismissal filed on March 9, 2015 by Plaintiff Cesar Rodriguez (Doc. 9), this action is hereby DISMISSED without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Accordingly all pending dates are VACATED.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **March 12, 2015**                            **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

1